United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEANETTE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLITS WINE & SPIRITS, et al.,<br><br>    Defendants. | Case No.  17-cv-01035-RMI<br><br>**JUDGMENT** |

Pursuant to the order of dismissal (Doc. 23), and Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 21, 2017.

ROBERT M ILLMAN
United States Magistrate Judge